UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASHEA LEFLORE-SWINDLE,

          Plaintiff,

Case No. 24-cv-11422
Paul D. Borman
United States District Judge

v.

JJ MARSHALL & ASSOCIATES, INC.,

          Defendant.
_____/

## ORDER STRIKING FILING

On May 29, 2024, Plaintiff filed a Complaint (ECF No. 1.) The type size used in this filing does not follow the local rule. Local Rule 5.1(a)(3) states, "Except for standard preprinted forms that are in general use, type size of all text and footnotes must be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point (proportional)."

Accordingly, it is ORDERED that ECF No. 1 shall be STRICKEN from the record in this case and the image removed from the CM/ECF system. Plaintiff is ordered to refile the document as "Amended (Corrected as to font) Complaint" **using 14 point sized font**.

SO ORDERED.

Dated: May 29, 2024

s/ Paul D. Borman
Paul D. Borman
United States District Judge

1