UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASHEA LEFLORE-SWINDLE,

    Plaintiff,      Case No. 24-11422

v.             Paul D. Borman
              United States District Judge

JJ MARSHALL & ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER GRANTING REQUEST TO STAY ALL PENDING DEADLINES FOR SIXTY DAYS (ECF NO. 7) AND STRIKING FILING AT ECF NO. 7-1

On June 21, 2024, Plaintiff Jashea Leflore-Swindle filed a Notice of Settlement as to Defendant JJ Marshall & Associates, Inc. (ECF No. 7), advising the Court that the parties have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

Plaintiff attached a Proposed Order Vacating Deadlines as an exhibit to this Notice. (ECF No. 7-1.) This Proposed Order is not filed according to the ECF Appendix to the Local Rules.

ECF Appendix Rule 12 states:

R12 Proposed Orders

 (a) Proposed orders (see R1(n)) must be submitted to the judge to whom the case is assigned or to the magistrate judge to whom the matter is referred via the link located under the Utilities section of

ECF. This link may not be used for any other purpose. Proposed orders must not include the judge's electronic signature.

(1) If the movant (filing user) obtains concurrence pursuant to E.D. Mich. LR 7.1(a)(1), the proposed stipulated order **must be submitted via the link referred to in (a)**.

(2) <u>If concurrence is obtained and the movant (filing user) prepares a separate stipulation and separate proposed order, the stipulation must be submitted with the proposed order via the link referred to in</u> (a), unless:

(i) the stipulation requires the signature of a pro se party who is not a filing user or a non-attorney, in which case the stipulation is to be electronically filed and the proposed order submitted via the link referred to in (a); or

(ii) the stipulation is regarding trial exhibits for appeal purposes and does not require an order signed by a district or magistrate judge.

E.D. Mich. L.R. ECF App. Rule 12.

Accordingly, **IT IS ORDERED** that ECF No. 7-1 is **STRICKEN** as improperly filed.

**IT IS FURTHER ORDERED**, upon consideration of the Plaintiff's Notice of Settlement as to Defendant JJ Marshall & Associates, Inc. (ECF No. 7), and for good cause appearing, that all deadlines are hereby **STAYED** for **sixty (60) days** after the entry of this Order to allow the Parties to finalize the settlement of this matter.

IT IS SO ORDERED.

Dated: June 24, 2024

s/ Paul D. Borman  
Paul D. Borman  
United States District Judge